RECEIVED
MAILROOM
OCT 22 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

DISTRICT COLUMBIA
1:26-CV-03101-UNA
[redacted] 1:26-CV03101-UNA

Tyquan D. Gibbs,

VS.

Lori Griffa,

18 U.S.C. 201

MOTION TO ADD DEFENDANTS:

1. dArt of the United STATES DePartment of Argiculture
2. Brooke Rollins of the United STATES DEPARTMENT of Argiculture
3. TATE BENNET of the United STATES DEPARTMENT of Argicultures
4. THE United states Department of HEALth and Human Service in their individual capacity
5. CEO S. SUTTON of the ANN KLEIN ForensiC CENTER

6. LAtoya the SOCAIL worker of the ANN KLEIN Forensic Center

7. Pat Program Coordinator of the ANN KLEIN Forensic Center

8. LEIDA of the ANN KLEIN Forensic Center

9. The United States Department of Argiculture in its official capacity

10. THE United States Department of Argiculture in its officicial capacity

11. The United States Department of Argreculture Collectively collectively with mark Zuckerberg

12. The United States Department of Argiculture in its official capacity collectively with mark Zuckerberg of 1 hacker way

13. MArk Zuckerberg

14. ElON MUSK

15. ElON MUSK Collectively With MArk Zuckerberg

16. The FEDS 56 DISTRICTS Of THE 56 DISTRICTS F.B.I.

17. THE FEDS 56 DISTRICTS Of THE 56 DISTRICTS F.B.I. Collectively with Mark Zuckerberg

18. The United States Department of Justice collectively with mark Zuckerberg

19. THE C.I.A.
collectively with the FEDS of the 56 DISTRICT of the 56 District F.B.I.

20. SELENA GOMEZ
Collectively with mark Zuckerberg

21. SELENA GOMEZ
individually with the FEDS

22. Selena Gomez
Severally with the F.E.D.S.

23. DENNIS HASSibis

24. MARKWAYNE MULLIN
in His official capacity

25. MARKWAYNE MULLIN
IN HIS INDIVIDUAL CAPACITY

26. Kristi NOEM
SEVERALLY AGAINST THE PLAINTIFF

27. JENSEN HUANG

28. The United States House of Legislature

29. The Federal reserve

30. The Federal Reserve Bank

31. BANK of AMerica

32. AMY chang

33. Jacqui Pocora

34. Panpandrea

35. R. Cisar

36. N.J. TRANSit Corp.,

37. The chief of Civil rights

38. The chief of civil rights of the united states Department of Health and Human Service

39. Sonia Sotomayor

40. Sonia Soto mayor collectively with Selena Gomez

41. Sonia Soto mayor collectively with Kendal Jenner

42. The united states Department of Argiculture severally

43. Kenneth King, the clergy, B.A. of Rwjbarnabas

44. the united states Department of Energy 1000 independence Avenue S.W. washington, D.C. 20201 in its individual capacity

45. The Head clinicaner of the united states Department of ~~[illegible]~~ Health and Human service

46. The inspector General of the united States Department of Argiculture in his individual capacity At 200 independence S.W. Washington, D.C. 20201

~~[illegible]~~

47. The Joint commission office of quality and Patient safety

48. The united states House on ethic Committee 1015 Longworth House office Building Collectively AND Severally with Google

49. Google

50 Google
Collectively with META

51. Google
Collectively with MARK Zuckerberg

52. Google
Collectively with the united states Department of Energy 1000 independence S.W.

53. Jeffory Palmer of Ann Klein Forensic Center

54. Aetna Better Health insurance company

55. Scott Bessent

56. Kevin Hasset

57. Frank Bisignano

58. Starhill

59. Starhill
collectively with Mark Zuckarberg

60. Starhill
Collectively with the United States
Department of Health and Human Service
200 independence S.W.

61. Aetna Better Health insurance company
collectively with the New York Stock
Exchange Place

62. The Stock exchange Place

63. The stock exchange place collectively with Scott Bessent

64. United States House of Senators Legalize the Misstest and Ah-hustle [dete] the TMU to A Miss

For the foregoing reasons, the Clerk office is responsible and directed to List ALL 64 Defendants as name and written as described in ALL 64 Abbreviated paragraphs adding Defendants should be granted to the 48 U.S.C. 201 Accepting A veneer video game 3ta asha sharma See you in court



Date: October 17th Saturday 2026

Signature: Tuquan D. Gibbs